ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| L&M Electric & Plumbing, LLC | ) | ASBCA No. 59889 |
| | ) | |
| Under Contract No. N00189-11-C-Z114 | ) | |

APPEARANCE FOR THE APPELLANT:          Donald C. Holmes, Esq.
                                       Paxton Law Group, LLP
                                       Washington, DC

APPEARANCES FOR THE GOVERNMENT:        Ronald J. Borro, Esq.
                                       Navy Chief Trial Attorney
                                       Robyn L. Hamady, Esq.
                                       Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 21 October 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59889, Appeal of L&M Electric & Plumbing, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals